# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | | |
|---|---|---|---|
| EMMANUEL BIBB HOUSTON, | ) | | |
| Petitioner, | ) | | |
| v. | ) | No. | 4:17-CV-072-DCLC-SKL |
| SHAWN PHILLIPS, | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker<br>United States District Judge

ENTERED AS A JUDGMENT:

s/John Medearis
CLERK OF COURT